**FILED**

04/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0026



IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO.  DA 22-0026

|  |  |  |
|---|---|---|
| STATE OF MONTANA | ) | |
| Plaintiff/Appellee, | ) | ORDER EXTENDING TIME |
| vs. | ) | FOR REPLY BRIEF |
| | ) | |
| | ) | |
| THOMAS WOJTOWICZ | ) | |
| Defendant/Appellant. | ) | |

This being the first request for a time extension and good cause therefrom;

IT IS ORDERED THAT Defendant/Appellant shall have 30 days to file a Opening Brief from 4/20/23.

_____
Bowen Greenwood, Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 20 2023